**Opinion issued June 16, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00349-CV

————————————

## IN RE MANHATTAN VAUGHN, JVP, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Manhattan | Vaughn, JVP has filed a petition for writ of mandamus challenging the trial court's order compelling production of certain documents reviewed by the trial court *in camera*. We deny the petition and lift the stay imposed by our April 23, 2015 order.[*]

---

[*] The underlying case is *Josefina Garcia, Individually and as Heir to the Estate of Angel Garcia, et al. v. J.T. Vaughn Construction, LLC, et al.*, cause number 2013-76550, pending in the 80th District Court of Harris County, Texas, the Honorable Larry Weiman presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.